**RYAN & FONG**
**TIMOTHY J. RYAN -- SBN 99542**
**REBEKKA MARTORANO - SBN 173600**
2379 Gateway Oaks Dr., Suite 100
Sacramento, California 95833
Telephone: (916) 924-1912

Attorneys for Defendants Deere & Company,
The Scotts Company, and Home Depot USA, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JOHN JORDAN, <br><br> Plaintiff, <br><br> v. <br><br> DEERE & COMPANY; THE SCOTT COMPANY; THE HOME DEPOT, INC., <br><br> Defendants. | Case No. 2:05-CV-00611-WBS-DAD <br><br> **STIPULATION AND ORDER CONTINUING HEARING DATE OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION** |

WHEREAS, the Motion for Summary Judgment or, in the Alternative, Summary Adjudication filed by Defendants Deere & Company, The Scotts Company, and Home Depot USA, Inc. is currently scheduled to be heard on June 12, 2006;

WHEREAS, plaintiff counsel has requested that the hearing be continued to accommodate a pre-planned vacation;

THEREFORE, the parties to this action, by and through their attorneys of record, hereby stipulate to continue the hearing of the Motion for Summary Judgment to June 26, 2006.

///

1

Case No. 2:05-CV-00611-WBS-DAD     STIPULATION AND ORDER CONTINUING HEARING
DATE OF
DEFENDANTS' MOTION FOR SUMMARY JUDGEMENT

**IT IS SO STIPULATED**.

Dated: May 8, 2006                            LAW OFFICES OF CHARLES E. NOBLE

                                              By:  _____/S/_____
                                                   CHARLES E. NOBLE
                                                   Attorney for Plaintiff


Dated: May 8, 2006                            RYAN & FONG

                                              By:  _____/S/_____
                                                   REBEKKA MARTORANO
                                                   Attorneys for Defendants


## ORDER

Pursuant to the stipulation of the parties set forth above, the hearing of Defendants' Motion for Summary Judgment or, in the Alternative, Summary Adjudication, is hereby continued to June 26, 2006 at 1:30 p.m. in Courtroom 5.

Dated:  May 10, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2

Case No. 2:05-CV-00611-WBS-DAD      STIPULATION AND ORDER CONTINUING HEARING DATE OF DEFENDANTS' MOTION FOR SUMMARY JUDGEMENT