**RYAN & FONG**
**TIMOTHY J. RYAN -- SBN 99542**
**REBEKKA MARTORANO - SBN 173600**
2379 Gateway Oaks Dr., Suite 100
Sacramento, California 95833
Telephone: (916) 924-1912

Attorneys for Defendants Deere & Company,
The Scotts Company, and Home Depot USA, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JOHN JORDAN,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>DEERE & COMPANY; THE SCOTT COMPANY; THE HOME DEPOT, INC.,<br><br>　　　　　Defendants.<br>_____ | Case No. 2:05-CV-00611-WBS-DAD<br><br>**STIPULATION AND ORDER CONTINUING TRIAL DATE** |

　　　WHEREAS, the date for trial in this action was recently continued from September 19, 2006 to October 3, 2006;

　　　WHEREAS, defendants have determined that the date of October 3, 2006 presents a conflict for defendants' expert;

　　　THEREFORE, the parties to this action, by and through their attorneys of record, hereby stipulate to continue the trial date to October 31, 2006.

///

///

///

1

**IT IS SO STIPULATED**.

Dated: July 20, 2006                LAW OFFICES OF CHARLES E. NOBLE

By: _____/S/_____
    CHARLES E. NOBLE
    Attorney for Plaintiff

Dated: July 20, 2006                RYAN & FONG

By: _____/S/_____
    REBEKKA MARTORANO
    Attorneys for Defendants

**ORDER**

Pursuant to the stipulation of the parties set forth above, the previous trial date is vacated and this case is now set for a jury trial at 9:00 a.m. on October 31, 2006 in Courtroom No. 5. The Court's Pretrial Order dated July 18, 2006 shall otherwise remain in effect, with the deadlines for the filing of trial documents to be determined based on the new trial date.

Dated: July 24, 2006

_William B. Shubb_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE