IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
JOHN JORDAN, an individual,        )
                                   )    2:05-cv-0611-WBS-DAD
                 Plaintiff,        )
                                   )    ORDER
     v.                            )
                                   )
DEERE & COMPANY; THE SCOTTS        )
COMPANY; THE HOME DEPOT, INC.; and )
DOES 1 to 11,                      )
                                   )
                 Defendants.       )
_____)
```

     The settlement conference assigned to another judge in the Second Amended Pretrial Order was reassigned to me because of that judge's unavailability.  I have received the confidential statements, without any attachments, addressed to that judge.

     The confidential statements indicate it would not be fruitful to hold a settlement conference in this action.  Unless each party shows otherwise in a supplemental confidential settlement

/////
/////
/////
/////
/////

1  statement due by September 29, 2006, the settlement conference
2  scheduled for October 13, 2006, will be vacated.[1]
3           IT IS SO ORDERED.
4  Dated:  September 11, 2006

                                    /s/ Garland E. Burrell, Jr.
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge

---

[1]     Because of the confidential nature of settlement statements, I am silent about what is needed to convince me that a settlement conference would be worthwhile, but that should be obvious to the parties.