IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN JORDAN, | ) | |
| | ) | 2:05-cv-0611-WBS-DAD |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | SETTLEMENT AGREEMENT |
| | ) | |
| DEERE & COMPANY; THE SCOTT COMPANY; THE HOME DEPOT INC. et al., | ) ) ) | |
| | ) | |
| Defendants. | ) | |

    Plaintiff John Jordan, represented by attorney Charles Noble, and Defendants, represented by attorney Rebekka A. Martorano, participated in a settlement conference with Judge Burrell in his chambers on October 13, 2006. The parties voluntarily agree to settle this action for $30,000 cash to be paid by Defendants to Plaintiff as set forth below. Plaintiff is responsible for satisfying any lien. In addition, Plaintiff agrees to execute a general release that Defendant will provide. This settlement is a compromise of disputed claims, and the parties' agreement to the terms hereof shall in no manner be deemed to constitute an admission, express or implied, of

liability by any party, each of whom expressly denies and controverts liability. The settlement check shall be made payable to "Law Offices of Charles E. Noble and John Jordan." The cash payment will be made within twenty days. No party will recover costs or attorneys' fees. The parties further agree this settlement resolves all claims in this action.

The parties must do what is necessary to finalize the settlement so that the dismissal with prejudice document is filed no later than forty days. The trial date is vacated.

_____
CHARLES E. NOBLE
LAW OFFICES OF CHARLES E. NOBLE
Attorney for Plaintiff

_____
REBEKKA R. MARTORANO
RYAN & FONG
Attorney for Defendants

_____
JOHN JORDAN, Plaintiff

_____
DEERE & COMPANY, Defendant

_____
THE SCOTT COMPANY, Defendant

_____
THE HOME DEPOT, INC., Defendant

It is approved and so ordered.

DATED: October 13, 2006

_____
GARLAND E. BURRELL, JR.
UNITED STATES DISTRICT JUDGE