1  RYAN & FONG
   TIMOTHY J. RYAN -- SBN 99542
2  REBEKKA MARTORANO - SBN 173600
   2379 Gateway Oaks Dr., Suite 100
3  Sacramento, California 95833
   Telephone: (916) 924-1912
4

5  Attorneys for Defendants Deere & Company,
   The Scotts Company, and Home Depot USA, Inc.
6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10                         SACRAMENTO DIVISION

11 
   JOHN JORDAN,                              ) Case No. 2:05-CV-00611-WBS-DAD
12                                           )
                                             )
13                 Plaintiff,                ) **STIPULATION OF DISMISSAL**
                                             )
14 v.                                        )
                                             )
15 DEERE & COMPANY; THE SCOTT COMPANY;)
   THE HOME DEPOT, INC.,                     )
16                                           )
                                             )
17                 Defendants.               )
                                             )
18 _____)

19

20      IT IS HEREBY STIPULATED by and between the parties to this action through their

21 designated counsel that the above-captioned action be and hereby is dismissed with prejudice

22 pursuant to FRCP 41(a)(1) as to all defendants.

23
   Dated: ~~October____, 2006~~  11/9/06
24                                          LAW OFFICES OF CHARLES E. NOBLE

25
                                            By: _____
26                                              CHARLES E. NOBLE
                                                Attorney for Plaintiff
27

28

---

1

1  Dated: ~~October~~ Dec. 21, 2006            RYAN & FONG

2
3                                              By: _____
                                                   REBEKKA MARTORANO
4                                                  Attorneys for Defendants

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28